GEORGE W. PLATT, JR., *v.* GILBERT V. HUNTER AND
·OTHERS.

Order reversed, with costs and disbursements.

Opinion per CURIAM.